IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02543-EWN-MJW

ELISHA MATTHEW IAN MCNUTT,

    Petitioner,

v.

AUDIE SHERROD,

    Respondent.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the Petitioner's Motion for Temporary Order: Transfer of Custody in Opposition to Respondent's Notice of Transfer (Docket No. 16) is **denied**. As respondent correctly noted in his Notice (Docket No. 15), petitioner's transfer to FCI Ray Brook would not deprive this court of jurisdiction over this action. This court finds no basis in law or in fact to interfere with the Federal Bureau of Prisons' decisions with respect to where the petitioner is housed.

Date: August 14, 2007